JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE L. NAVARRO; NAVARRO FAMILY LIVING TRUST, | Case No.: EDCV 12-1394 JVS (SPx) |
| Plaintiffs, | |
| vs. | **JUDGMENT** |
| RESIDENTIAL CREDIT SOLUTIONS, A.K.A., "RCS"; PROGRESSIVE PROPERTIES, | |
| Defendants. | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | |
| Cross-Complainant, | |
| vs. | |
| JOSE L. NAVARRO; NAVARRO FAMILY LIVING TRUST and DOES 1 through 50, inclusive, | |
| Cross-Defendants. | |

THIS COURT, based on Cross-Complainant RESIDENTIAL CREDIT SOLUTIONS, INC., having presented its Application for a Default Judgment against Cross-Defendants JOSE L. NAVARRO and NAVARRO FAMILY LIVING TRUST, hereby ORDERS, ADJUDGES AND DECREES that Judgment is hereby entered in

favor of RESIDENTIAL CREDIT SOLUTIONS, INC., and against Cross-Defendants JOSE L. NAVARRO and NAVARRO FAMILY LIVING TRUST as follows:

Any and all documents executed and recorded by JOSE L. NAVARRO and/or NAVARRO FAMILY LIVING TRUST affecting the real property located 7720 Sterling Avenue, San Bernardino, CA 92410 (the "Property") and legally described as follows:

A PORTION OF LOT 1, BLOCK 51, RANCHO SAN BERNARDINO, IN THE CITY OF HIGHLAND, COUNTY OF  SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 7 OF MAPS, PAGE 2, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF STERLING AVENUE DISTANT 674.19 FEET SOUTH OF THE NORTHEAST CORNER OF SAID LOT1; THENCE WEST 428.27 FEET; THENCE SOUTH 152.58 FEET; THENCE EAST 428.27 FEET TO A POINT ON SAID WEST LINE OF STERLING AVENUE; THENCE NORTH ALONG SAID LAST NAMED LINE 152.58 FEET TO  THE POINT OF BEGINNING.

Parcel ID Number: 0278-252-34-0-000

are hereby declared null and void *ab initio* as of the date(s) they were recorded, are canceled in their entirety, and are of no legal effect.  These documents include the following:

1.    The Grant Deed recorded June 23, 2011 in the San Bernardino County Recorder's Office as Instrument No. 2011-0255974;

2.    The Certification of Trust recorded June 30, 2011, in the San Bernardino County Recorder's Office as Instrument No. 2011-0267987;

3.    The Power of Attorney – General recorded July 19, 2011, in the San Bernardino County Recorder's Office as Instrument No. 2011-0293175;

4.    The Deed of Full Reconveyance recorded August 11, 2011, in the San Bernardino County Recorder's Office as Instrument No. 2011-0339394;

(PROPOSED) JUDGMENT

5.    The Declaration of Homestead recorded August 11, 2011, in the San Bernardino County Recorder's Office as Instrument No. 2011-0339395;

6.    The Easement Deed recorded December 27, 2011, in the San Bernardino County Recorder's Office as Instrument No. 2011-0547287;

7.    The Notice of Rescission of Notice of Default recorded February 10, 2012, in the San Bernardino County Recorder's Office as Instrument No. 2012-0063656; and

8.    The Notice of Rescission of Trustee's Deed Upon Sale recorded August 7, 2012, in the San Bernardino County Recorder's Office as Instrument No. 2012-0316199.

JUDGMENT IS HEREBY ENTERED ACCORDINGLY.

Dated: April 10, 2014        _____
                             United States District Court Judge

-3-
(PROPOSED) JUDGMENT